IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> AMERIFLEET TRANSPORTATION, INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> **04C 8042** <br><br> COMPLAINT <br> JUDGE PALLMEYER <br><br> MAGISTRATE JUDGE DENLOW <br> **DOCKETED** <br> JURY TRIAL DEMAND <br><br> DEC 1 4 2004 |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide appropriate relief to Lee M. Sain ("Sain"), who was adversely affected by such unlawful employment practices. The Commission alleges that Amerifleet Transportation, Inc. ("Amerifleet") terminated Sain's employment in retaliation for his filing of a charge of discrimination with the Equal Employment Opportunity Commission (the "EEOC" or "Commission") against the company.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.



2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission" or "EEOC"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, Amerifleet (the "Employer"), has continuously been a Nevada corporation doing business in the State of Illinois and the City of Chicago, and has continuously employed at least 15 individuals.

5. At all relevant times, Amerifleet has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, Sain filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least July 12, 2002, Defendant Employer has engaged in unlawful employment practices at its facilities in Chicago, Illinois, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Amerifleet subjected Sain to retaliation for his filing of a

charge of discrimination by terminating his employment.

8. The effect of the practice complained of in Paragraph 7 above has been to deprive Sain of equal employment opportunities ultimately resulting in his termination.

9. The unlawful employment practice complained of in Paragraph 7 above was intentional and was done with malice or with reckless indifference to the federally protected rights of Sain.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in retaliation against its employees for complaining of or filing charges of discrimination under the provisions of Title VII of the Civil Rights Act of 1964.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide for non-retaliation for employees who complain of or file charges of discrimination under the provisions of Title VII of the Civil Rights Act of 1964.

C. Order Defendant Employer to make Sain whole by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to the rightful place reinstatement of Sain..

D. Order Defendant Employer to make Sain whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practice described in

Paragraph 7 above, in amounts to be determined at trial.

E.  Order Defendant Employer to make Sain whole by providing him with compensation for past and future nonpecuniary losses resulting from the unlawful practice complained of in Paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.  Order Defendant Employer to pay Sain punitive damages for its malicious and reckless conduct described in Paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel
JAMES L. LEE
Deputy General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
1801 L Street, N.W.
Washington D.C. 20507

LAURIE A. YOUNG
Regional Attorney

4

*Michelle Eisele*
MICHELLE EISELE
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203

*Kenneth W. Brown*
KENNETH W. BROWN
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Louisville Area Office
600 Martin Luther King, Jr. Place
Suite 268
Louisville, Kentucky 40202-2285
(502) 582.5440 (Direct Dial)
(502) 582.5895 (Facsimile)
E-mail: Kenneth.Brown@eeoc.gov

Local Counsel:     Gregory Gochanour
Supervisory Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Chicago District Office
500 W. Madison St., Suite 2800
Chicago, IL 60661
Phone: (312) 886-9124
Fax: (312) 353-8555
E-mail: Gregory.Gochanour@eeoc.gov

**JUDGE PALLMEYER**

**MAGISTRATE JUDGE DENLOW**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet  04C 8042

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**DOCKETED DEC 14 2004**

| | |
|---|---|
| **Plaintiff(s):** EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | **Defendant(s):** AMERIFLEET TRANSPORTATION, INC. |
| County of Residence: | County of Residence: COOK COUNTY |
| Plaintiff's Atty: KENNETH W. BROWN<br>EEOC<br>600 Dr. Martin Luther King Jr.<br>Pl-Ste 268, Louisville, KY<br>40202<br>(502) 582-5440 | Defendant's Atty: DOUGLAS R. JOHNSON<br>ATTORNEY AT LAW<br>77 West Wacker Drive, Ste<br>4800, Chicago, Illinois<br>60601<br>(312) 606-8654 |

**II. Basis of Jurisdiction:** 1. U.S. Gov't Plaintiff

**III. Citizenship of Principal Parties** (Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

**IV. Origin:** 1. Original Proceeding

**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** Pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. Plaintiff EEOC alleges the Defendant retaliated against an employee for filing a charge of discrimination with the Plaintiff EEOC.

**VII. Requested in Complaint**
    Class Action: No
    Dollar Demand:
    Jury Demand: Yes

**VIII.** This case **IS NOT** a refiling of a previously dismissed case.

Signature: _[signature]_ 12/10/04

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE PALLMEYER

In the Matter of

Equal Employment Opportunity Commission
Plaintiff,
v.
Amerifleet Transportation
Defendant.

Case Number: 04C 8042

MAGISTRATE JUDGE DENLOW

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DOCKETED
DEC 1 4 2004

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Kenneth W. Brown | NAME: Gregory Gochanour |
| FIRM: US EEOC-Louisville Area Office | FIRM: US EEOC-Chicago District Office |
| STREET ADDRESS: 600 Dr. Martin Luther King Jr. Pl Ste 268 | STREET ADDRESS: 500 West Madison Street, Ste 2800 |
| CITY/STATE/ZIP: Louisville, Kentucky 40202-2285 | CITY/STATE/ZIP: Chicago District Office |
| TELEPHONE: (502) 582-5440    FAX: (502) 582-5435 | TELEPHONE: (312) 886-9124    FAX: (312) 353-8555 |
| E-MAIL: kenneth.brown@eeoc.gov | E-MAIL: gregory.gochanour@eeoc.gov |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: 06210804 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☑ |
| | DESIGNATED AS LOCAL COUNSEL? YES ☑ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME: Michelle Eisele | NAME: Laurie A. Young |
| FIRM: US EEOC-Indianapolis District Office | FIRM: US EEOC-Indianapolis District Office |
| STREET ADDRESS: 101 West Ohio Street, Suite 1900 | STREET ADDRESS: 101 West Ohio Street, Suite 1900 |
| CITY/STATE/ZIP: Indianapolis, Indiana 46204-4203 | CITY/STATE/ZIP: Indianapolis, Indiana 46204-4203 |
| TELEPHONE: (317) 226-7059    FAX: (317) 226-5571 | TELEPHONE: (317) 226-7202    FAX: (317) 226-5571 |
| E-MAIL: Michelle.Eisele@eeoc.gov | E-MAIL: Laurie.Young@eeoc.gov |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☐ NO ☑ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☑ |